STEVE M. DEFILIPPIS, Esq.
State Bar #117292
PICONE & DEFILIPPIS, A P.L.C.
625 North First Street
San Jose, CA 95112
(408) 292-0441

Attorneys for Petitioner,
HAROLD H. HAWKS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD H. HAWKS, | Case No. Case No. C-05-2853 JSW |
|     Petitioner, | |
| -vs- | ***ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS*** |
| ANTHONY P. KANE | |
|     Respondent, | |
| _____/ | |

    Petitioner HAROLD H. HAWKS having duly applied for an extension of time to file his Opposition to Respondent's Motion to Dismiss, and good cause appearing,

    IT IS HEREBY ORDERED that the Opposition previously due on November 8, 2005, is now due on or before December 8, 2005.

Dated: November 8, 2005

_____
JUDGE OF THE SUPERIOR COURT
                    DISTRICT

- 3 -