STEVE M. DEFILIPPIS, Esq.
State Bar #117292
PICONE & DEFILIPPIS, A P.L.C.
625 North First Street
San Jose, CA 95112
(408) 292-0441

Attorneys for Petitioner,
HAROLD H. HAWKS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD H. HAWKS, | Case No.  Case No. C-05-2853 JSW |
| Petitioner, | |
| -vs- | ***ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS*** |
| ANTHONY P. KANE | |
| Respondent, | |
| _____/ | |

    Petitioner HAROLD H. HAWKS having duly applied for an extension of time to file his Opposition to Respondent's Motion to Dismiss, and good cause appearing,

    IT IS HEREBY ORDERED that the Opposition previously due on December 8, 2005, is now due on or before December 23, 2005. There shall be no further continuances.

Dated: December 8, 2005          /s/ Jeffrey S. White
                                           UNITED STATES DISTRICT JUDGE

Counsel for the parties are hereby advised that, in the future, requests for extensions of time should be submitted well in advance of the deadlines for filing. Counsel proceed at their peril if they seek extensions on or before the date a pleading is due.