IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**HAROLD H. HAWKS,**

                                        Petitioner,

        v.

**ANTHONY P. KANE,**

                                        Respondent.

CASE NO. C 05-02853 JSW

[PROPOSED] ORDER

        THIS MATTER comes before the COURT on Respondent's Ex Parte Request for Extension of Time to File a reply to Petitioner's opposition to the motion to dismiss. Having fully considered the matter, and good cause appearing therefrom,

        IT IS HEREBY ORDERED that Respondent's request for an extension of time to and including January 30, 2006, is GRANTED.

        DATED: December 22, 2005

                                        _____
                                        UNITED STATES DISTRICT JUDGE