IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAROLD HARVEY HAWKS,

    Petitioner,

v.

ANTHONY P. KANE, Warden,

    Respondent.

ARNOLD SCHWARZENEGGER, Governor, BOARD OF PRISON TERMS, Real Parties In Interest
_____/

No. C 05-02853 JSW

**ORDER GRANTING MOTION FOR TWO DAY EXTENSION OF TIME**

On March 29, 2006, this Court denied Respondent's motion to dismiss but ordered Petitioner to file a revised memorandum of law in support of his petition by no later than April 21, 2006. Notwithstanding the Court's statement that there would be no extensions of this deadline, Petitioner seeks an additional two days to file his memorandum of law. The Court has considered Petitioner's motion and based on the representations therein, will allow Petitioner the short extension requested. Accordingly, Petitioner's memorandum of law and exhibits shall be filed on April 25, 2006. Respondent shall have until May 22, 2006 to file an answer. However, Petitioner's traverse remains due on June 16, 2006, and counsel for Petitioner is admonished to plan for this deadline accordingly. Failure to file a traverse on that

//

//

//

1  date shall result in the Court's not considering such a pleading.

2  **IT IS SO ORDERED.**

4  Dated: April 25, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE